419 A.2d 189

Commonwealth v. Jenkins, Appellant.

Submitted June 27, 1978. Gregory Sleet, Assistant Public Defender, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgments of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

419 A.2d 190

Commonwealth v. Sherwood, Appellant.

Submitted September 15, 1978. Philip D. Lauer, for appellant; James Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.